44 So.2d 914

### Claud HOOPER v. STATE.
### 7 Div. 79.

Court of Appeals of Alabama.
Jan. 31, 1950.

Appeal from Circuit Court, Cherokee County; John M. Snodgrass, Judge.

Distilling.·

A. A. Carmichael, Atty. Gen., for the State.

HARWOOD, Judge.
Affirmed.

46 So.2d 862

### Lester P. HOOPER v. STATE.
### 7 Div. 40.

Court· of Appeals of Alabama.
Feb. 28, 1950.

Rehearing Denied March 21, 1950.

Appeal from Law and Equity Court, Cherokee County; F. M. Savage, Judge.

Possessing still.

Keener & Keener, of Centre, for appellant.

A. A. Carmichael, Atty. Gen., for the State.

CARR, Judge.
Affirmed.

44 So.2d 914

### Grover HUBBARD v. STATE.
### 5 Div. 298.

Court of Appeals of Alabama.
Jan. 24, 1950.

Appeal from Circuit Court, Chilton County; Oakley W. Melton, Judge.

Distilling.

A. A. Carmichael, Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Affirmed.

47 So.2d 923

### G. Walton HUGHES v. STATE.
### 8 Div. 809.

Court of Appeals of Alabama.
May 23, 1950.

Appeal from Circuit Court, Madison County; E. H. Parsons, Judge.

Keeping gaming table.

A. A. Carmichael, Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Appeal dismissed.

44 So.2d 914

### Lewis C. HUGHES v. CITY OF ANNISTON.
### 7 Div. 59.

Court of Appeals of Alabama.
Jan. 24, 1950.

Appeal from Circuit Court, Calhoun County; W. D. DeBardelaben, Judge.

Assault.

BRICKEN, Presiding Judge.
Affirmed for want of assignments of error.

44 So.2d 914

### James HYDE v. STATE.
### 8 Div. 802.

Court of Appeals of Alabama.
Jan. 24, 1950.

Appeal from Law and Equity Court, Franklin County; W. H. Quillin, Judge.